DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

WILLIAM BURRELL, IV,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1963

_____

October 24, 2025

Appeal from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

William Burrell, IV, pro se.

James Uthmeier, Attorney General, Tallahassee, and Tayna Alexander, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

LUCAS, C.J., and MORRIS and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.